FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 1 0 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy                    DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS RUELAS,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. CV 11-10431 AN<br><br>JUDGMENT |

For the reasons set forth in the accompanying Order, it is hereby ADJUDGED AND DECREED THAT the Commissioner's final decision is reversed, and this matter is remanded for further proceedings not inconsistent with this Order pursuant to Sentence Four of 42 U.S.C. §405(g).

DATED: September 10, 2012

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE