~~Shanny J. Lee, Calif. Bar No. 213599~~
~~LAW OFFICES OF HARRY J. BINDER~~
~~AND CHARLES E. BINDER, P.C.~~
~~770 The City Drive South Suite 2000~~
~~Orange, CA 92868~~
~~Phone (714) 564-8644~~
~~Fax   (714) 940-0311~~
~~Email:  shannyjlee@gmail.com~~

~~Attorney for plaintiff Louis Ruelas~~

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LOUIS RUELAS,

    PLAINTIFF,

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY,

    DEFENDANT.

No. CV 11-10431 AN

~~[PROPOSED]~~ ORDER AWARDING EAJA FEES AND COSTS

Based upon the parties' Stipulation for Award of EAJA Fees And Costs ("Stipulation"), and for cause shown,

IT IS ORDERED that plaintiff is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of FOUR THOUSAND TWO HUNDRED DOLLARS and 00/100's ($4,200.00) plus costs in the amount of THREE HUNDRED FIFTY dollars ($350.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: October 4, 2012        /s/ Arthur Nakazato

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE